IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERIHEALTH NEBRASKA, INC., a Nebraska Corporation;<br><br>              Plaintiff,<br><br>  vs.<br><br>NEBRASKA DEPARTMENT OF ADMINISTRATIVE SERVICES, a political subdivision of the State of Nebraska;  NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, a political subdivision of the State of Nebraska; BYRON L. DIAMOND, Director of the Nebraska Department of Administrative Services; FRANCIS BOTELHO, Administrator of the Nebraska Department of Administrative Services Materiel Division; COURTNEY N. PHILLIPS, Chief Executive Officer of the Nebraska Department of Health and Human Services; and CALDER A. LYNCH, Director of the Nebraska Department of Health and Human Services Division of Medicaid and Long-Term Care;<br><br>              Defendants,<br><br>  and<br><br>WELLCARE OF NEBRASKA, INC.; NEBRASKA TOTAL CARE, INC.; and UNITEDHEALTHCARE OF THE MIDLANDS, INC.;<br><br>              Intervenors. | **4:16CV03100**<br><br>**ORDER** |

       This matter is before the Court on Defendants and Intervenors' Joint Motion to Establish Hearing on Preliminary Injunction and to Establish Briefing Schedule on all Pending Matters (Filing No. 28).  On June 30, 2016, before this case was reassigned to the Court, the hearing was set for July 28, 2016 at 1:30 p.m. and the parties were ordered to file a brief at least ten days before the hearing (Filing No. 29).  In their motion,

Defendants and Intervenors request the Court align the hearing for Plaintiff's Motion for Preliminary Injunction (Filing No. 21) and the briefing schedule in this case with the schedule in Case No. 4:16-cv-03094, which is the subject of a pending motion to consolidate (Filing No. 26). Plaintiff opposes "any delay" (Filing No. 34), arguing the parties agreed "to stipulate to hold the hearing on July 28, 2016." Plaintiff also asserts it is suffering "past and ongoing irreparable harm."

For good cause shown,

IT IS ORDERED:

1. The joint motion (Filing No. 28) is granted;
2. the motion hearing is continued until August 11, 2016 at 9:00 a.m.;
3. Defendants have until July 25, 2016 to answer or otherwise respond to the Complaint (Filing No. 1-1); and
4. Defendants have until July 25, 2016 to respond to the Motion for Preliminary Injunction.

Dated this 18th day of July, 2016.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge